1  ROB BONTA
   Attorney General of California
2  QUINTIN LUCAS
   Supervising Deputy Attorney General
3  BRENDAN BARGMANN
   Deputy Attorney General
4  State Bar No. 356264
     600 West Broadway, Suite 1800
5    San Diego, CA 92101
     Telephone: (619) 321-5981
6    Fax: (916) 732-7920
     E-mail: Brendan.Bargmann@doj.ca.gov
7  *Attorneys for Defendant State of California by and
   through the Governor's Office*

8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **ALOKE PAL,** | 8:25-cv-01868-CV-KES |
| Plaintiff, | **DEFENDANTS GAVIN NEWSOM'S AND STATE OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT PURSUANT TO F.R.C.P. 12(b)(1), F.R.C.P. 12(b)(6), and F.R.C.P. 12(e)** |
| v. | |
| **GAVIN C. NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA, GAVIN C. NEWSOM, IN HIS CAPACITY AS POLITICAL LEADER, THE STATE OF CALIFORNIA GOVERNMENT, DOES 1 TO 100 INCLUSIVE,** | Date:          February 03, 2026<br>Time:          10:00 AM<br>Courtroom:   10B |
| Defendants. | District Judge:      Cynthia Valenzuela<br>Magistrate Judge: The Honorable<br>                        Daniel S. Roberts.<br>Trial Date:<br>Action Filed: 8/22/2025 |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on February 03, at 10:00 AM, or as soon thereafter as this matter may be heard in the above-entitled Court located at 255 E Temple St, Los Angeles, CA 90012, Courtroom 690, 6th Floor, Governor Gavin

Newsom and the State of California, Defendants in this case, will move this court to dismiss this above-captioned action under F.R.C.P. 12(b)(1) and F.R.C.P. 12(b)(6), or alternately, for an order compelling Plaintiff to file a more definite statement under F.R.C.P. 12(e), all with respect to F.R.C.P. 6.

This motion is based upon the following documents: this Notice of Motion and Motion, the Memorandum of Points and Authorities Supporting this Motion, the complete files and records in this action, upon such facts that this Court may judicially notice, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, as detailed in the associated declaration.

Dated:  December 19, 2025                Respectfully submitted,

ROB BONTA
Attorney General of California
QUINTIN LUCAS
Supervising Deputy Attorney General

BRENDAN BARGMANN
Deputy Attorney General
*Attorneys for Defendant State of California by and through the Governor's Office*

LA2025803887

2