# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALOKE PAL,

          Plaintiff,

   v.

GAVIN C. NEWSOM, et al.,

          Defendants.

No. 8:25-cv-1868 WLH (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE ON DEFENDANTS' MOTION TO DISMISS (DOC. NO. 17)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Plaintiff's claims against the State of California are DISMISSED WITHOUT LEAVE TO AMEND, and (3) Plaintiff's claims against Defendant Newsom are DISMISSED as follows:

(a) as to the first, second, and third claims for relief in his <u>official</u> capacity, WITHOUT LEAVE TO AMEND;

(b) as to the first and third claims for relief in his <u>individual</u> capacity, WITH 14 DAYS' LEAVE TO AMEND;

(c) as to the second claim for relief in his <u>individual</u> capacity, WITHOUT LEAVE TO AMEND;

(d) as to the fourth, fifth, and sixth claims for relief, WITHOUT LEAVE TO AMEND; and

(e) as to the seventh and eighth claims for relief, WITH 14 DAYS' LEAVE TO AMEND.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

IT IS SO ORDERED.

DATED: 4/20/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2